1  LAWRENCE G. BROWN
   United States Attorney
2  LUCILLE GONZALES MEIS
   Regional Chief Counsel, Region IX
3  Social Security Administration
   JACQUELINE A. FORSLUND CSBN 154575
4  Special Assistant United States Attorney

5      333 Market Street, Suite 1500
       San Francisco, California 94105
6      Telephone: (415) 977-8932
       Facsimile: (415) 744-0134
7      E-Mail: JacquelineA.Forslund@ssa.gov

8  Attorneys for Defendant

9              UNITED STATES DISTRICT COURT

10             EASTERN DISTRICT OF CALIFORNIA

11                    **FRESNO DIVISION**

12 SYLVIA I. WHITE,                )
                                   )
13         Plaintiff,               )   Case No.: 1:10-cv-02117-JLT
                                   )
14         v.                      )
                                   )   **STIPULATION AND PROPOSED ORDER**
15 MICHAEL J. ASTRUE,              )
   Commissioner of                 )   (Doc. 7)
16 Social Security,                )
                                   )
17         Defendant.               )
   _____   )
18

19     IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and with the
20 approval of the Court as provided below, that the Commissioner has agreed to voluntary remand of this
21 case for further administrative proceedings pursuant to the sixth sentence of section 205(g) of the Social
22 Security Act, 42 U.S.C. § 405(g).
23     Two pages of a Multiple Impairment Questionnaire completed by Plaintiff's treating physician,
24 Lisa Gil, M.D., cannot be located at this time. Upon receipt of the Court's order, the Appeals Council
25 will remand this case to an Administrative law Judge with instructions to recontact Dr. Gil for a
26 complete multiple impairment questionnaire that includes the laboratory and diagnostic test results that
27 demonstrate and/or support her opinion and to hold another hearing and issue a new decision.
28

Respectfully submitted,

Dated: January 26, 2011
/s/ *Shanny J. Lee*
(As authorized via email)
SHANNY J. LEE
Attorney for Plaintiff

Dated: January 26, 2011
LAWRENCE G. BROWN
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration

/s/ *Jacqueline A. Forslund*
JACQUELINE A. FORSLUND
Special Assistant U.S. Attorney

Attorneys for Defendant

## ORDER

Upon the stipulation of the parties, the Court hereby **ORDERS**:

1. The matter is remanded pursuant to the sixth sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g);

2. The parties are **ORDERED to file a joint status report every 60 days** after the date of this order updating the Court of the activities below; and

3. The Clerk of the Court is **DIRECTED** to **ADMINISTRATIVELY CLOSE** the case. The Court will direct the Clerk of the Court to re-open the case if or when the matter is concluded below.

IT IS SO ORDERED.

Dated:  **January 27, 2011**                                    /s/ Jennifer L. Thurston
                                                                 UNITED STATES MAGISTRATE JUDGE

2 - Stipulation and Proposed Order